UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
UNITED STATES OF AMERICA        :        Docket No. 3:09CR00153(PCD)
                                :
v.                              :
                                :
WILLIAM McCAMBRIDGE             :        September 8, 2009
---------------------------------------------------x

### REQUEST FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The defendant, William McCambridge, hereby requests leave to file the accompanying document under seal. In support of this Motion, the defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

                          Respectfully submitted,

                          THE DEFENDANT
                          WILLIAM McCAMBRIDGE

                          THOMAS G. DENNIS
                          FEDERAL DEFENDER

                          /s/

Dated: September 8, 2009
                          Sarah A. L. Merriam
                          Assistant Federal Defender
                          265 Church Street, Suite 702
                          New Haven, CT 06510
                          Bar No. ct25379
                          Phone: 203-498-4200
                          Fax: 203-498-4207
                          Email: sarah_merriam@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2009, a copy of the foregoing motion was sent by first-class mail to: AUSA Eric Glover, 157 Church Street, 23rd Floor, New Haven, CT, 06510.

                          /s/

                          Sarah A. L. Merriam